UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NONITO DONAIRE AND JAMES KIRKLAND,** | Case No.: 08-CV-6135 (CM) (AJP) |
| **Plaintiffs,** | |
| v. | **APPEARANCE** |
| **GARY SHAW PRODUCTIONS, LLC,** | |
| **Defendant.** | |

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for Plaintiffs, Nonito Donaire and James Kirkland.

I certify that I am admitted in this Court.

_____
JASON M. SANTARCANGELO (JMS 4492)
DINES AND ENGLISH, L.L.C.
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorneys for Plaintiffs, Nonito Donaire
and James Kirkland

Date: July 15, 2008