**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

NONITO DONAIRE and JAMES KIRKLAND, X

                    Plaintiffs,

                    v.

GARY SHAW PRODUCTIONS, LLC,

                    Defendant,

                                 X

            :    **08 CV 6135 (CM)(AJP)**

            :    **RULE 7.1 STATEMENT**

       PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 [FORMERLY LOCAL RULE 1.9 OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK] AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR GARY SHAW PRODUCTIONS, LLC (A PRIVATE NON-GOVERNMENTAL PARTY), CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

                          NONE

Dated:    New York, New York
          August 18, 2008

                    Respectfully submitted,
                    THE LUSTIGMAN FIRM, P.C.

                    By: _____
                       Scott Shaffer (SS-6560)
                       Andrew B. Lustigman (AL-8209)
                  149 Madison Avenue, Suite 805
                  New York, New York 10016
                  Tel: (212) 683-9180
                  Fax: (212) 683-9181

                  Attorneys for Gary Shaw
                  Productions, LLC